182 So.2d 73

**R. S. SAGRERA et al.**

v.

**Whitney MOUTON et al.**

No. 48029.

Feb. 4, 1966.

In re: Whitney Mouton, William Louis Albritton and A. Sterling Albritton applying for ceriorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Vermilion. 180 So.2d 775, 782, 783.

Writ refused. The judgment of the Court of Appeal is correct.

SUMMERS, J., recused.

182 So.2d 74

**SOUTHWEST GAS PRODUCING COMPANY, Inc., et al.**

v.

**CRESLENN OIL COMPANY et al.**

No. 48033.

Feb. 4, 1966.

In re: John Franks et al. applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Lincoln. 181 So.2d 63.

The application is denied. The judgment complained of is correct.